## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4057

Assigned/Issued By: J. N.

Judge Name: DARRAH

Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

**Amount Due:** ☑ $350.00 ☐ $39.00 ☐ $5.00
☐ IFP ☐ No Fee ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 4624005943

Date Payment Rec'd: 7-17-08   Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons ☐ Alias Summons
☐ Third Party Summons ☐ Lis Pendens
☐ Non Wage Garnishment Summons ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets ☐ Other
☐ Writ _____
*(Type of Writ)*
_____
*(Type of issuance)*

3 Original and 0 copies on 7-17-08 as to U.S. ATTNY; ATTNY
*(Date)*
GENERAL; DEPT. OF THE NAVY